FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LaDONNA HAVILAND,<br><br>           Plaintiff,<br><br>    v.<br><br>ETHICON, INC., ETHICON LLC, and JOHNSON & JOHNSON,<br><br>           Defendants. | No.   4:20-cv-05066-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 11, 2020, Plaintiff's counsel filed a Suggestion of Death noting the death of Plaintiff LaDonna Haviland on or about October 2019, during the pendency of this action. ECF No. 65. The parties filed a Stipulated Motion to Stay Proceedings, ECF No. 66. In that motion, the parties agreed that if Plaintiff's counsel had not moved to substitute Plaintiff-Decedent within the time allowed by Federal Rule of Civil Procedure 25(a), the Court should dismiss the action. *Id.* In its Order Granting Stipulated Motion to Stay Proceedings, the Court confirmed that it would dismiss the action if Plaintiff's counsel did not move to substitute Plaintiff-Decedent by November 9, 2020, ninety days after Plaintiff's counsel filed the Suggestion of Death. ECF No. 67. Plaintiff's counsel has not moved to

ORDER DISMISSING CASE – 1

substitute Plaintiff-Decedent.

Accordingly, **IT IS HEREBY ORDERED**:

1. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

2. All pending motions are **DENIED AS MOOT**.

3. All hearings and other deadlines are **STRICKEN**.

4. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of November 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge